(August 19, 2015)

In the Matter of SAM SLOAN, Appellant, et al., Petitioners, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent, and BENNY CATALA, Intervenor-Respondent. [14 NYS3d 901]— Order, Supreme Court, Bronx County (John W. Carter, J.), entered on or about August 13, 2015, unanimously affirmed, without costs or disbursements.

No opinion. Order filed. Concur—Moskowitz, J.P., Richter, Feinman, Gische and Clark, JJ.

(August 25, 2015)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FRENCH, Appellant. [15 NYS3d 689]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Patricia M. Nunez, J., at summary denial of suppression motion; Robert M. Stolz, J., at jury trial and sentencing), entered on or about December 8, 2010, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 17, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur— Gonzalez, P.J., Mazzarelli, Manzanet-Daniels, Gische and Clark, JJ.